[No. 4127–II. Division Two. December 5, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
FLOYD TEMPEST, *Appellant*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 791306, Hewitt A. Henry, J., entered
June 1, 1979. *Affirmed* by unpublished opinion per
Johnson, J. Pro Tem., concurred in by Petrich, J., and
Cochran, J. Pro Tem.

[No. 4048–II. Division Two. December 5, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
E. LUCKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 78–1–00116–3, James D. Roper, J., entered
April 5, 1979. *Affirmed* by unpublished opinion per
Cochran, J. Pro Tem., concurred in by Petrich, J., and
Johnson, J. Pro Tem.

[No. 3741–II. Division Two. December 5, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
SUTICH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 51438, James P. Healy, J., entered October 3,
1978. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Cochran and Johnson, JJ. Pro Tem.